1  JODI LINKER
   Federal Public Defender
2  SOPHIA WHITING
3  Assistant Federal Public Defender
   55 S. Market Street, Suite 820
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5  Fax: (408)-291-7399
6  Email: Sophia_whiting@fd.org

7  Counsel for Defendant JESSOP

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13 | UNITED STATES OF AMERICA,          | No. 24-CR-00517-EKL

14 |               Plaintiff,           | STIPULATION AND [PROPOSED] ORDER
   |          v.                        | TO CONTINUE STATUS CONFERENCE
15 |
16 | JUDITH JESSOP,

17 |               Defendant.

18        Judith Jessop and the Government, by and through their respective counsel, stipulate and

19 agree, with the Court's approval, that the status conference currently set for April 1, 2025, may

20 be continued to May 13, 2025, for status conference. The reason for the requested continuance is

21 the government has provided discovery to the defense and the defense requires additional time to

22 review the discovery and further discuss a potential resolution with the government and Ms.

23 Jessop. Ms. Jessop is out of custody and in compliance with her conditions of release.

24        The parties also stipulate and agree that excluding time to May 13, 2025, will allow for

25 effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and

26 agree that the ends of justice served by excluding the time from April 1, 2025, to May 13, 2025,

27 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

28 3161(h)(7)(A), (h)(7)(B)(iv).

          IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
 24-CR-00517 EKL

Dated: March 28, 2025

JODI LINKER
Federal Public Defender
_____/s/_____
Sophia Whiting
Assistant Federal Public Defender

Dated: March 28, 2025

PATRICK D. ROBBINS
Acting United States Attorney
_____/s/_____
Eli J. Cohen
Special Assistant United States Attorney

## [PROPOSED] ORDER

Upon agreement and stipulation of the defendant Judith Jessop and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Judith Jessop's status conference is continued to May 13, 2025.

It is also ORDERED that time under the Speedy Trial Act is excluded from April 1, 2025 to May 13, 2025 to allow for the effective preparation of counsel. The Court finds that failing to exclude time to May 13, 2025 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between April 1, 2025, and May 13, 2025 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: March 28, 2025

_____
HONORABLE EUMI K. LEE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
24-CR-00517 EKL