JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant JESSOP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>JUDITH JESSOP,<br><br>        Defendant. | No. 24-CR-00517-EKL<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

Judith Jessop and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference currently set for May 13, 2025, may be continued to July 1, 2025, for status conference or change of plea. If a change of plea is requested, the parties will timely alert the Court accordingly. The reason for the requested continuance is the parties are reviewing discovery and in ongoing negotiations about a potential resolution. Ms. Jessop is out of custody and in compliance with her conditions of release.

The parties also stipulate and agree that excluding time to July 1, 2025, will allow for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 13, 2025, to July 1, 2025, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: May 7, 2025                          JODI LINKER
                                            Federal Public Defender
                                            _____/s/_____
                                            Sophia Whiting
                                            Assistant Federal Public Defender

Dated: May 7, 2025                          PATRICK D. ROBBINS
                                            Acting United States Attorney
                                            _____/s/_____
                                            Eli J. Cohen
                                            Special Assistant United States Attorney

## **[PROPOSED] ORDER**

Upon agreement and stipulation of the defendant Judith Jessop and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Judith Jessop's status conference is continued to July 1, 2025.

It is also ORDERED that time under the Speedy Trial Act is excluded from May 13, 2025 to July 1, 2025 to allow for the effective preparation of counsel. The Court finds that failing to exclude time to July 1, 2025 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between May 13, 2025, and July 1, 2025 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 7, 2025                          _____
                                            HONORABLE EUMI K. LEE
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER
 24-CR-00517 EKL